In the Matter of the Claim of LULU BROOKS, Respondent, against OWEN P. WILLIAMS CONSTRUCTION COMPANY, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued March 14, 1933; decided April 11, 1933.)

*William Warren Dimmick* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin, Roy Wiedersum* and *E. E. Ferris* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.